UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14028-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JUAN GREGORIO PEREZ-TREVINO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on April 30, 2015. A Report and Recommendation was filed on May 4, 2015, [ECF No. 28], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 28], of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment, which charges the Defendant with possession of firearm by alien illegally/unlawfully in the United States, in violation of Title 18, United States Code, Section 922(g)(5)(A).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of May, 2015.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Lynch
All Counsel Of Record